E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
3202 w. Charleston Blvd.
Las Vegas, Nevada 89102
702-364-1234 Telephone
702-364-1442 Facsimile
ebbesqltd@yahoo.com

and

ROBERT M. DRASKOVICH, ESQ.
THE DRASKOVICH LAW GROUP
Nevada Bar No. 6275
815 S. Casino Center Dr.
Las Vegas, NV 89101
702-474-4222 Telephone
702-474-1320 Facsimile

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOMMER RICHARDS, individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ONDRE WILLS, in his individual and ) <br> official capacity; LAS VEGAS ) <br> METROPOLITAN POLICE ) <br> DEPARTMENT; DOE OFFICERS I-X ) <br> inclusive,; and ROES XI-XX inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 2:19-cv-02043-JAD-BNW <br><br><br><br><br> ECF No. 25 |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(FIRST REQUEST)

Pursuant to LR 7-1, Plaintiff Sommer Richards ("Plaintiff"), by and through her counsel of record, E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, Ltd., and Robert M. Draskovich, Esq. of The Draskovich Group, and Defendants Las Vegas Metropolitan Police

Department ("LVMPD") and Ondre Wills ("collectively "Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq., of the law offices of Marquis Aurbach Coffing, hereby submit their stipulation, request and order extending Plaintiff's time to respond to Defendants' motion for summary judgment by twenty-eight (28) days, up to and including Tuesday, August 10, 2021.

Defendants' motion for summary judgment was filed on June 22, 2021. Plaintiff's response is therefore due by or on July 13, 2021. The Parties hereby stipulate and agree to allow Plaintiff an additional twenty-eight (28) days to respond by opposition, up to and including August 10, 2021. In support of this stipulation and request, the Parties state as follows:

This request for an extension of time is not sought for any improper purpose or other purposes of delay but because Plaintiff's Counsel must unexpectedly prepare for a trial that has been rescheduled to commence on August 2, 2021, an earlier date as a result of prior COVID related delays. This is the first request to allow Plaintiff additional time to respond. The parties respectfully submit that the reasons set forth above constitute compelling reasons to allow the Plaintiff additional time to respond by opposition to Defendants' motion for summary judgment.

///

///

///

///

///

///

///

///

| | |
|---|---|
| 1 | *Sommer Richards v. Ondre Wills, et al* |
| 2 | Case No.: *2:19-cv-02043* |

WHEREFORE, upon agreement by and between the parties, through their respective counsel, the undersigned counsel requests that this Court grant the parties' stipulation to extend time for Plaintiff to respond to Defendants' motion for summary judgment by an additional twenty-eight (28) days, up to and including August 10, 2021.

APPROVED AS TO FORM AND CONTENT this 8th day of July, 2021.

By: */s/ Craig R. Anderson*
  Craig R. Anderson, Esq.
  MARQUIS AURBACH COFFING
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  *Attorney for Defendants*

By: */s/ E. Brent Bryson*
  E. Brent Bryson, Esq.
  E. BRENT BRYSON, LTD.
  3202 W. Charleston Blvd.
  Las Vegas, NV 89102
  *Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 12, 2021